UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-27160 |
| KENNETH W. SUTTON, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**THE LAW FIRM OF CRANE, SIMON, CLAR & DAN AS TRUSTEE'S COUNSEL**

THIS MATTER COMING ON TO BE HEARD on the Motion of the Trustee, Eugene Crane, to Employ Counsel, all as more fully set forth in said Motion; due and proper notice having been given to all parties in interest; no objections having been interposed; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Trustee, Eugene Crane, is hereby authorized to retain Eugene Crane, Jeffrey C. Dan, and the law firm of Crane, Simon, Clar & Dan as of February 28, 2018, to perform the necessary legal services on his behalf in this bankruptcy case, with compensation subject to further Order of this Court.

Enter:  /s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 15, 2018

**Prepared by:**

TRUSTEE'S COUNSEL:
EUGENE CRANE (Atty. No. 0537039)
CRANE, SIMON, CLAR & DAN
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777