Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kenneth W. Sutton
12531 South Princeton Avenue
Chicago, IL 60628–7224
SSN: xxx–xx–0044 EIN: N.A.

Case No. : 12–27160
Chapter : 7
Judge : Carol A. Doyle

---

Debtor's Attorney:
Timothy K. Liou
Liou Law Firm
900 West Washington Boulevard
Chicago, IL 60607–2298

312–474–7000

Trustee:
Eugene Crane
Crane Simon Clar & Dan
135 S Lasalle Ste 3705
Chicago, IL 60603

312 641–6777

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***July 7, 2012*** .

1. ***August 13, 2018*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***August 13, 2018*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 11, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court