Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kenneth W. Sutton
12531 South Princeton Avenue
Chicago, IL 60628−7224
SSN: xxx−xx−0044 EIN: N.A.

Case No. : 12−27160
Chapter : 7
Judge : Carol A. Doyle

Debtor's Attorney:
Timothy K. Liou
Liou Law Firm
900 West Washington Boulevard
Chicago, IL 60607−2298

312−474−7000

Trustee:
Eugene Crane
Crane Simon Clar & Dan
135 S Lasalle Ste 3705
Chicago, IL 60603

312 641−6777

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *July 7, 2012* .

1. *August 13, 2018* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *August 13, 2018* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 11, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kenneth W. Sutton  
      Debtor

Case No. 12-27160-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: vbrown     Page 1 of 1     Date Rcvd: May 11, 2018  
                  Form ID: ntcftfc7     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db              Kenneth W. Sutton,    12531 South Princeton Avenue,    Chicago, IL 60628-7224
aty            +Crane Simon Clar & Dan,    135 South LaSalle,    Suite 3705,    Chicago, IL 60603-4101
19125714       +Codilis & Associates,    15W030 North Frontage Road,    Burr Ridge, IL 60527-6921
19125710        Liou Law Firm,    900 West Washington Boulevard,    Chicago, IL 60607-2298
19125709        Sutton Kenneth W,    12531 South Princeton Avenue,    Chicago, IL 60628-7224
19125717        Vericrest Financial,    715 Metropolitan Avenue,    Oklahoma City, OK 73108-2088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BECRANE.COM May 12 2018 03:53:00      Eugene Crane,    Crane Simon Clar & Dan,
                 135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
19125711        EDI: APPLIEDBANK.COM May 12 2018 03:53:00      Applied Bank,    Box 10210,
                 Wilmington, DE 19850
19125712       +EDI: CAPITALONE.COM May 12 2018 03:53:00      Capital One Bank USA NA,    Box 85147 Drive,
                 Richmond, VA 23276-0001
19125713        EDI: CIAC.COM May 12 2018 03:53:00      CitiMortgage,    Box 183040,    Columbus, OH 43218-3040
19125715        EDI: AMINFOFP.COM May 12 2018 03:53:00      First Premier,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
19125716       +EDI: HFC.COM May 12 2018 03:53:00      HSBC Bank,    Box 5253,    Carol Stream, IL 60197-5253
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Eugene Crane,    Crane Simon Clar & Dan,    135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              Eugene Crane    on behalf of Trustee Eugene Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Jeffrey C Dan    on behalf of Trustee Eugene Crane jdan@craneheyman.com,
               sclar@craneheyman.com;jmunoz@craneheyman.com;dkane@cranesimon.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy K. Liou    on behalf of Debtor 1 Kenneth W. Sutton tl@filenow.com,  kg@filenow.com,
               sm@filenow.com,an@filenow.com,sw@filenow.com
                                                                                             TOTAL: 5
```