# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 12-27160  
**Case Name:** Sutton, Kenneth W.  
**For Period Ending:** 03/31/2018

**Trustee Name:** (330350) Eugene Crane  
**Date Filed (f) or Converted (c):** 07/07/2012 (f)  
**§ 341(a) Meeting Date:** 09/04/2012  
**Claims Bar Date:** 08/13/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence at 12531 S. Princeton Ave. Chicago, IL | 94,300.00 | 0.00 | | 0.00 | FA |
| 2 | Cole Taylor Checking Account | 1,700.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Whole life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 2011 Tax Refund<br>At time of filing; debtor listed in Schedule B that he spent the entire amount of the refund on his bills | 1,271.00 | 0.00 | | 0.00 | FA |
| 7 | 1992 Chevrolet Suburban Automobile | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Pontiac Grand Prix Automobile | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Litigation for the sale of Debtor's structured settlement (u)<br>Asset undisclosed at time of filing of the case in 2012. Trustee needs to determine value, the amount of the sale is not clear at this time.<br>06/05: It was determined that Sutton sold part of structured settlement for about $14,000. Buyer and issuer balking at settlement, now want to advance only $7,000. Trustee may abandon on notice. | Unknown | 14,000.00 | | 0.00 | 0.00 |
| **9** | **Assets Totals (Excluding unknown values)** | **$101,171.00** | **$14,000.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/09: Hearing in Circuit Court cont'd; will file initial report of assets to set bar date (dk)  
03/31: Trustee is determining value of structured settlement; still awaiting documents (dk)  
03/22: Motion to Intervene in the structured settlement case filed today with Cook County Circuit Court. Hg 04/09 at 11am; Judge Coghlan (dk)  
03/15: Order entered to employ CSC&D (dk)  
03/08: Filed MT to Employ CSC&D as attorneys (dk)  
03/01: Case re-opened and Trustee re-appointed. There is a sale of a structured settlement, which was not originally disclosed in Debtor's schedules, pending in the Circuit Court of Cook County (dk)

Case was closed 11/09/2012. EC was the original Ttee.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/31/2019